AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Zachary Stephen Reeder<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 17mj1790 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2017__ in the county of __Doña Ana__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon in violaton of Title 18 U.S.C. §922(g)(1) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Arturo Morales, FBI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __07/14/2017__

_____
Judge's signature

City and state: __Las Cruces, New Mexico__

GREGORY B. WORMUTH
U.S. MAGISTRATE JUDGE
Printed name and title

AFFIDAVIT – ATTACHMENT TO CRIMINAL COMPLAINT              17mJ1790

United States v. Zachary Reeder

On July 13, 2017, FBI Task Force Officers, the Las Cruces Police Department Gang Task Force (LCPD GTF), and Metro Narcotics unit were performing surveillance in the area after Metro Narcotics requested assistance with a possible buy/bust operation. Metro narcotics learned that a white Acura bearing license plate BYV2383 was stolen and that the driver of the vehicle, later identified as Zachary Reeder, was armed with two firearms. The white Acura was located on the south end of the parking lot. Record checks of the white Acura bearing license plate BYV2383 revealed and confirmed the vehicle was stolen. Surveillance of the Acura was continued and a Hispanic male was observed exiting the vehicle. About five minutes later a tall Caucasian male exited Walmart and approached the Acura and opened the rear cargo area and began placing groceries in the Acura. The Hispanic male and the Caucasian male then entered the vehicle. A Caucasian female exited the Walmart and approached and entered the white Acura 15 minutes later. At that time the Acura backed up and proceeded west in the Walmart parking lot then turning east exiting the parking lot towards Valley Dr. FBI TFOs and Metro Narcotics unmarked vehicles then followed as white Acura driven by Zachary Reeder turned south on Valley Dr.

The white Acura then turned onto Main St. and then turned onto Boutz Dr. and then El Paseo Dr. At that time LCPD marked units attempted to stop the white Acura, but the Acura fled at a high rate of speed. Zachary Reeder then led marked units on a pursuit through the city of Las Cruces including Interstate 10 East and West. The pursuit concluded after Zachary Reeder drove through numerous fences, striking police vehicles, and a telephone pole. The vehicle laid to rest near Highway 28 and Apodaca Rd.

During the arrest of Zachary Reeder, uniformed officers discovered a small black bag that contained several 20 gauge shotgun shells. A search warrant for the white Acura and for a Super 8 motel room 318 was drafted. During the execution of the search warrant a wood handled sawed off shotgun and a BB gun was located. Zachary Reeder and the wood handled shotgun fit the description of a bank robbery suspect that occurred in Deming, NM.

Reeder stated during an interview that he was a convicted felon. During the execution of the search warrants of the vehicle and the motel room that was registered to Zachary Reeder; a sawed off shotgun was discovered. Reeder's own statement that he was a felon and that the search showed is in possession of an illegal sawed off shotgun. Record checks confirmed Zachary Reeder is a felon.

Reeder provided information that he has done prison time for felony charges.

On March 04, 2002, a criminal records check revealed that Reeder was convicted of the following felonies in the State of Arizona:

Count 1 March 4, 2002, possession of a controlled substance MDMA
Count 2 March 4, 2002, possession of Heroin
Count 3 March 4, 2002, possession of Cocaine
Count 4 April 1, 2003, possession/use of a controlled substance
Count 5 April 1, 2003, possession/use of a controlled substance
Count 6 November 4, 2003, possession/use of a controlled substance (5 years)
Count 7 November 3, 2014, aggravated assault (5 years)

Respectfully submitted,

_____
Arturo Morales
FBI Task Force Officer
Subscribed and sworn to before me on July 14, 2017:

_____
U.S. Magistrate Judge    Gregory B. Wormuth